■ In the Matter of RYAN BARBUR, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [52 NYS3d 237]—Appeal from an amended judgment of the Supreme Court (Zwack, J.), entered January 27, 2016 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Central Office Review Committee denying petitioner's grievance.

Amended judgment affirmed. No opinion.

Peters, P.J., McCarthy, Rose, Mulvey and Aarons, JJ., concur. Ordered that the amended judgment is affirmed, without costs.